**FILED**
April 21, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NICHOLAS RAMIREZ, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-mj-00082 DAD <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Nicholas Ramirez ; Case 2:11-mj-00082 DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of _____

   _X_  Unsecured Appearance Bond in the amount of $100,000, co-signed by defendant's mother and step-father

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond secured by Real Property

   __   Corporate Surety Bail Bond

   _X_  (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on   4/21/2011   at  2:30 p.m.

By _____
KENDALL J. NEWMAN,
United States Magistrate Judge